# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147335(70)

HAROLD HUNTER, JR.,
      Plaintiff-Appellant,

v

                        SC: 147335
                        COA: 306018
DAVID SISCO and AUTO CLUB
INSURANCE ASSOCIATION,      Genesee CC: 10-094081-NI
      Defendants,
and

CITY OF FLINT TRANSPORTATION
DEPARTMENT,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to file a supplemental brief after oral argument is GRANTED. The supplemental brief received on October 30, 2014, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2014

Clerk